IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SANDRA STELLA FAJARDO-ESPINOSA,  ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. 3:09-CV-540-O |
| ) | ECF |
| PARKLAND HOSPITAL, ET AL.,  ) | |
| Defendants.  ) | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

This case was referred to the United States Magistrate Judge for pretrial management. Before the Court for consideration is Defendant Judy Mitchell's ("Defendant's") Motion to Dismiss Pursuant to Rule 8(a) and 8(d)(1) and 12(B)(6) ("Motion," doc. 38.) Plaintiff failed to file a response to the Motion. Defendant has incorporated by reference the arguments and authorities from her Co-defendants' Motion to Dismiss and Brief in Support (doc. 22). For the reasons stated in this Court's Findings, Conclusions, and Recommendation on Defendants' Motion to Dismiss, the Court recommends that the District Court grant Defendant's Motion (doc. 38).

SO RECOMMENDED, March 16, 2010.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

**INSTRUCTIONS FOR SERVICE AND**
**NOTICE OF RIGHT TO APPEAL/OBJECT**

The United States District Clerk shall serve a true copy of these findings, conclusions and recommendation on Plaintiff.  Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions and recommendation must serve and file written objections within fourteen days after being served with a copy.  A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made.  The District Court need not consider frivolous, conclusory or general objections.  A party's failure to file such written objections to these proposed findings, conclusions and recommendation shall bar that party from a *de novo* determination by the District Court.  *See Thomas v. Arn*, 474 U.S. 140, 150, 106 S. Ct. 466, 472 (1985).  Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation within ten days after being served with a copy shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error.  *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).