IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA STELLA FAJARDO-ESPINOSA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-540-O |
| | ) | ECF |
| PARKLAND HOSPITAL, ET AL., | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney (Doc. # 55). The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendants' Motion to Dismiss (Doc. # 22) is GRANTED.

**SO ORDERED** this **31st** day of **March, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**