IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA STELLA FAJARDO-ESPINOSA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-540-O |
| | ) | ECF |
| PARKLAND HOSPITAL, ET AL., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Defendants' Motion to Dismiss (doc. 22). A party filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendants' Motion to Dismiss (doc. 22) is **GRANTED**.

**SO ORDERED** this 26th day of April, 2010.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**